No. 728. GOLDSTEIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Bernard Speisman* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 739. MEISTER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Norman C. Skogstad* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, for respondent.

No. 740. MARINA MERCANTE NICARAGUENSE, S. A., AS OWNER OF THE EL SALVADOR *v.* MCALLISTER BROTHERS, INC., AS OWNER OF THE TUG RUSSELL No. 18, ET AL. C. A. 2d Cir. Certiorari denied. *Victor S. Cichanowicz* for petitioner. *Christopher E. Heckman* for McAllister Brothers, Inc., *James David Auslander* for Evans, and *Frank C. Mason* and *Robert A. Lilly* for Salvesen et al., respondents.

No. 742. MONDAKOTA GAS CO. *v.* REED ET AL. C. A. 9th Cir. Certiorari denied. *Daryl E. Engebregson* for petitioner. *Cale Crowley* for respondent Reed.

No. 743. NORTON CO. ET AL. *v.* MINNESOTA MINING & MANUFACTURING CO. C. A. 6th Cir. Certiorari denied. *John W. Malley* for petitioners. *Thomas V. Koykka, Edward A. Haight* and *Harold J. Kinney* for respondent.

No. 747. SHERIDAN CREATIONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Ralph P. Katz* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Glen M. Bendixsen* for respondent.